**Fill in this information to identify the case:**

Debtor name      **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF ILLINOIS

Case number (if known)      **17-71892**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■      *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■      *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■      *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■      *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■      *Schedule H: Codebtors* (Official Form 206H)

■      *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■      Amended *Schedule*      **Top 20 Creditors (Official Form 204)**

☐      *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐      Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 1, 2018**          X **/s/ Robert E. Clawson**
                                    Signature of individual signing on behalf of debtor

                                    **Robert E. Clawson**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**BARTLETT MANAGEMENT INDIANAPOLIS, INC.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF ILLINOIS__

Case number (if known) __**17-71892**__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     **368,854.01**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **368,854.01**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **4,986,917.56**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **29,102.80**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     **1,674,553.03**

4.  **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b      $     **6,690,573.39**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | **17-71892** |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$2,700.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank Account KFC # 51 (Balance as of opening on 12/5/2017)**<br>**PNC BANK**<br>**P.O. BOX 609**<br>**PITTSBURGH, PA 15230-9738**<br>**800-669-7518** | **Local - Store Deposit Account** | 5826 | $6,197.06 |
| 3.2. | **Bank Account KFC # 54 (Balance as of opening on 12/5/2017)**<br>**PNC BANK**<br>**P.O. BOX 609**<br>**PITTSBURGH, PA 15230-9738**<br>**800-669-7518** | **Local - Store Deposit Account** | 7463 | $6,624.20 |
| 3.3. | **Bank Account KFC # 55 (Balance as of opening on 12/5/2017)**<br>**PNC BANK**<br>**P.O. BOX 609**<br>**PITTSBURGH, PA 15230-9738**<br>**800-669-7518** | **Local - Store Deposit Account** | 7471 | $1,749.03 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | Case number *(If known)* **17-71892** |
| | Name | |

| | | | | |
|---|---|---|---|---|
| 3.4. | **Bank Account KFC # 57 (Balance as of opening on 12/5/2017)**<br>**PNC BANK**<br>**P.O. BOX 609**<br>**PITTSBURGH, PA 15230-9738**<br>**800-669-7518** | **Local -  Store Deposit Account** | **2967** | **$7,154.55** |
| 3.5. | **Bank Account KFC # 59 (Balance as of opening on 12/5/2017)**<br>**PNC BANK**<br>**P.O. BOX 609**<br>**PITTSBURGH, PA 15230-9738**<br>**800-669-7518** | **Local -  Store Deposit Account** | **6771** | **$1,126.35** |
| 3.6. | **Bank Account**<br>**HEARTLAND BANK**<br>**1101 W WINDSOR ROAD**<br>**CHAMPAIGN, IL 61821**<br>**217-866-1756** | **Gift Card Account** | **7010** | **$0.00** |
| 3.7. | **Entity Checking Account**<br>**HEARTLAND BANK**<br>**1101 W WINDSOR ROAD**<br>**CHAMPAIGN, IL 61821**<br>**217-866-1756** | **Payroll and A/P Checking** | **3264** | **$0.00** |
| 3.8. | **Cash Concentration Account**<br>**HEARTLAND BANK**<br>**1101 W WINDSOR ROAD**<br>**CHAMPAIGN, IL 61821**<br>**217-866-1756**<br>**Swept daily to pay down Heartland Bank Credit Line** | **Cash Concentration Account** | **9378** | **$0.00** |
| 3.9. | **Gift Card Account (Balance as of opening on 12/5/2017)**<br>**HEARTLAND BANK**<br>**1101 W WINDSOR ROAD**<br>**CHAMPAIGN, IL 61821**<br>**217-866-1756** | **Gift Card Account** | **3264** | **$424.95** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $25,976.14 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

Debtor    **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**    Case number *(if known)*  **17-71892**
_____
Name

| | | |
|---|---|---|
| 7.1. | **Indylee - Security Deposit**<br>**KFC #55** | $12,042.00 |

| | | |
|---|---|---|
| 7.2. | **Indylee Security Deposit Increase** | $1,204.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**    | $13,246.00 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **77,485.49** -    **77,485.49** =....    **$0.00**
face amount      doubtful or uncollectible accounts
Amount Owed from Robert Clawson (payments to Indiana Dept of Revenue on behalf of Robert Clawson prior to 2013)

11b. Over 90 days old:    **929.03** -    **929.03** =....    **$0.00**
face amount      doubtful or uncollectible accounts
Robbery at KFC #54 on 3/12/2016 (court has not tried case)

12.    **Total of Part 3.**    | $0.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1. | **7  Store Common stock, $0.1 par value, of KFC  National**<br>**Purchasing Co-op, Inc. ( included in online 42 shares**<br>**(ID#4746) issued to BMSI )** | | **Unknown** |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,**
**partnership, or joint venture**
Name of entity:                              % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**    | $0.00 |

Add lines 14 through 16.  Copy the total to line 83.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**                    Case number *(If known)*  **17-71892**
_____
              Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **KFC #51 Ending Inventory 11/20/17: Perishable Items: $1,611.79  Non perishable food Items: $2,072.77  Paper Products:   $964.66** | 11/20/2017 | $0.00 | | $4,649.22 |
| | **KFC #54 Ending Inventory as of 011/20/2017: Perishable Items: $2,643.48  Non perishable food Items: $2,366.83  Paper Products:   $1,481.18** | 11/20/2017 | $8,660.83 | | $6,491.49 |
| | **KFC #55 Ending Inventory as of 11/20/2017** **Perishable Items = $3,923.17 Non Perishable Items = $2,953.62 Paper Products = $1,711.12** | 11/20/2017 | $0.00 | 0 | $7,948.60 |
| | **KFC #57 Ending Inventory as of 11/20/2017 Perishable Items: $3,593.40  Non perishable food Items: $2,459.12  Paper Products:   $1,370.78** | 11/20/2017 | $0.00 | | $7,423.30 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**    Case number *(If known)*    **17-71892**
Name

| | | | |
|---|---|---|---|
| **KFC #59 Ending Inventory as of 11/20/2017 Perishable Items: $3,211.81 Non perishable food Items: $2,401.13 Paper Products: $1,090.27** | 11/20/2017 | $0.00 | $6,703.21 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | $33,215.82 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value            **0**    Valuation method            Current Value            **0**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | Case number *(If known)* **17-71892** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Equipment Storage Warehouse Units**<br>**See Attached Addendum A** | **$12,409.05** | **See Addendum A** | **$27,181.38** |
| **Equipment at KFC #51**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A** | **$12,578.54** | **See Addendum A** | **$29,500.45** |
| **Equipment at KFC #54**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A** | **$14,633.17** | **See Addendum A** | **$29,319.26** |
| **Equipment at KFC #57**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A** | **$15,307.76** | **See Addendum A** | **$32,004.50** |
| **Equipment at KFC #59**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A**<br>**NOTE:  This Equipment will be moved to**<br>**Storage after turnover of property.** | **$11,560.90** | **See Addendum A** | **$13,185.94** |
| **Leasehold Improvements KFC # 51**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum B** | **$41,426.70** | **25% of RCV** | **$19,292.50** |
| **Leasehold Improvements KFC # 54**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum B** | **$81,726.44** | **25% of RCV** | **$33,302.50** |
| **Leasehold Improvements KFC # 55**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum B** | **$159,679.93** | **25% of RCV** | **$70,578.82** |
| **Leasehold Improvements KFC # 57**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum B** | **$28,931.25** | **25% of RCV** | **$11,172.50** |
| **Leasehold Improvements KFC # 59**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum B** | **$29,867.38** | **25% of RCV** | **$8,667.50** |
| **Equipment at KFC #55**<br>**(Closing Period 11/20/2017)**<br>**See Attached Addendum A**<br>**NOTE:  This Equipment will be moved to**<br>**Storage after turnover of property.** | **$11,857.91** | **See Addendum A** | **$22,210.70** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | **$296,416.05** |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | Case number *(If known)* | **17-71892** |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **KFC #51 HANNA AVE.**<br>903 E. Hanna Ave., Indianapolis, IN 46227-1305 | **Leasehold Interest** | **$0.00** | | **Unknown** |
| 55.2. **KFC #54 EMERSON AVE.**<br>4035 S. Emerson Ave., Indianapolis IN 46203-5963 | **Leasehold Interest** | **$0.00** | | **Unknown** |
| 55.3. **KFC #55 WASHINGTON & HOLT**<br>3704 W. Washington St., Indianapolis, IN 46241-1527 | **Leasehold Interest** | **$0.00** | | **Unknown** |
| 55.4. **KFC #57 KENTUCKY AVE.** 4789 Kentucky Ave., Indianapolis, IN 46221-3531 | **Leasehold Interest** | **$0.00** | | **Unknown** |
| 55.5. **KFC #59 GREENCASTLE**<br>509 S. Bloomington St., Greencastle, IN 46135-2113 | **Leasehold Interest** | **$0.00** | | **Unknown** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$0.00** |
|---|

Debtor    **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**                Case number *(If known)*  **17-71892**
_____
Name

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** <br> Franchise Agreements | $13,191.33 | | Unknown |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** <br> HLB Loan Costs | $976.95 | | Unknown |
| 65.  **Goodwill** <br> Goodwill  - | $115,111.12 | | Unknown |

66.  **Total of Part 10.**                                                                                   | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**                    Case number *(If known)* **17-71892**
　　　　　Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,976.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $13,246.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $33,215.82 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $296,416.05 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $368,854.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $368,854.01 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Addendum A to Property Schedule A/B
Bartlett Management Indianapolis, Inc.
Equipment

| ASSET | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | NET BOOK VALUE | VALUE - PERCENTAGE | FOR CURRENT |
|---|---|---|---|---|---|---|---|
| KFC#51 | REMODEL      27.5% | 514013 | 09/01/07 | 36,296.22 | 0.00 | | 0.00% |
| KFC#51 | CARRIER KTCHN CMPRSR27.5 | 514017 | 08/14/08 | 546.00 | 0.00 | 54.60 | 10.00% |
| KFC#51 | KTCHN RTU BLWR MTR 27.5% | 514019 | 06/01/09 | 341.25 | 0.00 | 34.13 | 10.00% |
| KFC#51 | EQUIP @ AQUISITION # 51 | 516001 | 05/04/99 | 125,000.00 | 0.00 | 12,500.00 | 10.00% |
| KFC#51 | FREEZER DOOR & FRAME | 516006 | 07/03/99 | 2,090.00 | 0.00 | 209.00 | 10.00% |
| KFC#51 | MENUBOARD | 516008 | 10/18/99 | 5,052.99 | 0.00 | 505.30 | 10.00% |
| KFC#51 | 2-8 HD HP COOKERS | 516020 | 11/17/04 | 9,360.00 | 0.00 | 936.00 | 10.00% |
| KFC#51 | HP PORTABLE FILTER UNIT | 516023 | 01/18/05 | 1,482.18 | 0.00 | 148.22 | 10.00% |
| KFC#51 | REMODEL-EQUIP UPGRADE | 516027 | 09/01/07 | 44,742.20 | 0.00 | 4,474.22 | 10.00% |
| KFC#51 | HUMIDITY HLDG CABINETS | 516034 | 08/17/12 | 12,175.49 | 0.00 | 1,217.55 | 10.00% |
| KFC#51 | MERIT REGISTER SYSTEM | 516035 | 02/01/13 | 23,168.42 | 1,565.80 | 4,633.68 | 20.00% |
| KFC#51 | COPELAND REFRIG COMPRSSR | 516036 | 03/14/13 | 1,961.96 | 132.58 | 196.20 | 10.00% |
| KFC#51 | PANASONIC WIRELESS HDSTS | 516037 | 06/15/13 | 4,045.98 | 273.43 | 404.60 | 10.00% |
| KFC#51 | BLODGETT OVEN INVERTER | 516038 | 06/19/14 | 1,013.53 | 185.04 | 101.35 | 10.00% |
| KFC#51 | 6 HEAD COOKER | 516039 | 04/06/15 | 2,801.13 | 851.53 | 280.11 | 10.00% |
| KFC#51 | U/C DELFIELD FREEZER | 516040 | 06/06/16 | 1,091.62 | 553.09 | 545.81 | 50.00% |
| KFC#51 | NEW ICE MACHINE | 516041 | 07/01/16 | 3,299.20 | 1,671.59 | 1,649.60 | 50.00% |
| KFC#51 | FRYER GAS VALVE | 516042 | 03/17/17 | 1,272.56 | 1,043.50 | 127.26 | 10.00% |
| KFC#51 | KFC PACKLINE | 516043 | 06/01/17 | 7,414.10 | 6,301.98 | 1,482.82 | 20.00% |
| **EQP KFC#51 Total** | | | | **283,154.83** | **12,578.54** | **29,500.45** | |
| KFC#54 | HP PUMP AND MOTOR ASSY | 526018 | 12/02/14 | 1,324.78 | 241.87 | 132.48 | 10.00% |
| KFC#54 | 6 HEAD COOKER | 526019 | 03/06/15 | 2,660.83 | 808.88 | 266.08 | 10.00% |
| KFC#54 | KTCHN HVAC CMPRESR 27.5 | 544004 | 07/26/07 | 402.96 | 0.00 | 40.30 | 10.00% |
| KFC#54 | REMODEL      27.5% | 544008 | 09/01/07 | 38,103.34 | 0.00 | 0.00 | 10.00% |
| KFC#54 | WATER HEATER     27.5% | 544012 | 04/07/08 | 687.00 | 0.00 | 68.70 | 10.00% |
| KFC#54 | KTCHN HEAT EXCHANGER27.5 | 544014 | 11/04/08 | 777.75 | 0.00 | 77.78 | 10.00% |
| KFC#54 | WI FREEZER DOOR     27.5% | 544016 | 03/17/09 | 1,096.33 | 0.00 | 109.63 | 10.00% |
| KFC#54 | TRANE 7.5TN ROOFTOP27.5% | 544018 | 05/01/09 | 1,099.00 | 0.00 | 109.90 | 10.00% |
| KFC#54 | BACK DOOR & FRAME | 544020 | 05/11/09 | 715.77 | 0.00 | 71.58 | 10.00% |
| KFC#54 | HAND SINK MIX VLV  27.5% | 544022 | 06/16/09 | 192.71 | 0.00 | 19.27 | 10.00% |
| KFC#54 | LENNOX EVAP COIL    27.5% | 544026 | 08/26/10 | 1,444.23 | 0.00 | 144.42 | 10.00% |
| KFC#54 | EQUIP @ ACQUISITION # 54 | 546001 | 05/04/99 | 125,000.00 | 0.00 | 12,500.00 | 10.00% |
| KFC#54 | MENUBOARD | 546007 | 01/13/00 | 4,694.34 | 0.00 | 469.43 | 10.00% |
| KFC#54 | 2-DOOR REFRIGERATOR | 546015 | 08/22/04 | 1,200.00 | 0.00 | 120.00 | 10.00% |
| KFC#54 | HP FILTER UNIT | 546019 | 06/15/05 | 1,494.60 | 0.00 | 149.46 | 10.00% |
| KFC#54 | 2-8 HEAD COOKERS | 546020 | 07/01/05 | 10,000.00 | 0.00 | 1,000.00 | 10.00% |
| KFC#54 | DELFIELD STANDUP FREEZER | 546022 | 01/12/06 | 800.00 | 0.00 | 80.00 | 10.00% |
| KFC#54 | FRYMASTER FRYER | 546025 | 09/01/07 | 1,087.50 | 0.00 | 108.75 | 10.00% |
| KFC#54 | REMODEL-EQUIP UPGRADE | 546026 | 09/01/07 | 2,826.73 | 0.00 | 282.67 | 10.00% |
| KFC#54 | USED FRYMASTER | 546027 | 11/13/07 | 888.00 | 0.00 | 88.80 | 10.00% |
| KFC#54 | USED MIXER | 546036 | 07/15/11 | 535.00 | 0.00 | 53.50 | 10.00% |
| KFC#54 | HUMIDITY HLDG CABINETS | 546037 | 08/17/12 | 12,175.49 | 0.00 | 1,217.55 | 10.00% |
| KFC#54 | FLTR MACH PUMP&MTR ASSY | 546038 | 09/08/12 | 1,011.07 | 0.00 | 101.11 | 10.00% |
| KFC#54 | MERIT REGISTER SYSTEM | 546039 | 12/03/12 | 23,488.56 | 113.53 | 4,697.71 | 20.00% |
| KFC#54 | SHARP MICROWAVE OVEN | 546040 | 01/08/13 | 942.97 | 63.73 | 94.30 | 10.00% |
| KFC#54 | BUNN HOT WATER MACHINE | 546041 | 05/10/13 | 1,360.94 | 91.97 | 136.09 | 10.00% |
| KFC#54 | PANASONIC WIRELESS HDSTS | 546042 | 06/15/13 | 3,795.06 | 256.48 | 379.51 | 10.00% |
| KFC#54 | FLTR MACH PUMP/MTR ASSY | 546043 | 09/17/13 | 884.76 | 59.79 | 88.48 | 10.00% |
| KFC#54 | BLODGETT OVN HEATER ASSY | 546044 | 08/09/14 | 1,359.77 | 248.27 | 135.98 | 10.00% |
| KFC#54 | BUNN HOT WATER MACHINE | 546045 | 11/01/14 | 681.09 | 124.34 | 68.11 | 10.00% |
| KFC#54 | 8HD FRYER COMPUTER/PROBE | 546046 | 11/19/14 | 1,218.96 | 222.56 | 121.90 | 10.00% |
| KFC#54 | 6HD FRYER COMPUTER PROBE | 546047 | 04/08/15 | 2,195.30 | 667.36 | 219.53 | 10.00% |
| KFC#54 | MANITOWAC ICE MACHINE | 546048 | 11/01/15 | 2,414.00 | 733.85 | 1,207.00 | 50.00% |
| KFC#54 | NEW ICE MACHINE | 546049 | 06/01/16 | 2,095.00 | 1,061.46 | 1,047.50 | 50.00% |
| KFC#54 | FRYER COMPUTER | 546050 | 12/01/16 | 1,029.00 | 521.36 | 102.90 | 10.00% |
| KFC#54 | NEW SAFE | 546051 | 12/01/16 | 2,378.37 | 1,205.04 | 1,189.19 | 50.00% |
| KFC#54 | KFC LOGO SIGN | 546052 | 02/13/17 | 2,212.12 | 1,809.92 | 1,106.06 | 50.00% |
| KFC#54 | KFC PACKLINE | 546053 | 06/01/17 | 7,567.96 | 6,432.76 | 1,513.59 | 0.2 |
| | | | | **263,841.29** | **14,663.17** | **29,319.26** | |
| KFC#55 | EQUIP @ ACQUISITION # 55 | 556001 | 05/04/99 | 125,000.00 | 0.00 | 12,500.00 | 10.00% |
| KFC#55 | D-T MENUBOARD | 556009 | 12/10/01 | 5,489.32 | 0.00 | 548.93 | 10.00% |
| KFC#55 | REBUILT FRYER | 556010 | 07/19/02 | 931.50 | 0.00 | 93.15 | 10.00% |
| KFC#55 | REMODEL-EQUIP UPGRADE | 556016 | 09/01/07 | 21,902.13 | 0.00 | 0.00 | 10.00% |
| KFC#55 | HUMIDITY HLDG CABINETS | 556022 | 08/17/12 | 12,175.49 | 0.00 | 1,217.55 | 10.00% |
| KFC#55 | DOUBLE FRYR PMP/MTR ASSY | 556023 | 12/21/12 | 1,109.46 | 5.35 | 110.95 | 10.00% |
| KFC#55 | SHARP MICROWAVE OVEN | 556024 | 02/11/13 | 943.98 | 63.76 | 94.35 | 10.00% |
| KFC#55 | MERIT REGISTER SYSTEM | 556025 | 02/01/13 | 23,212.96 | 1,568.80 | 4,642.59 | 20.00% |
| KFC#55 | GREASE RECYCLER PUMP | 556026 | 03/01/13 | 756.60 | 51.13 | 75.66 | 10.00% |
| KFC#55 | PANASONIC WIRELESS HDSTS | 556027 | 06/15/13 | 3,795.06 | 256.48 | 379.51 | 10.00% |
| KFC#55 | FLTR MACH PUMP&MOTOR | 556028 | 06/14/13 | 1,200.00 | 81.10 | 120.00 | 10.00% |
| KFC#55 | XCEL OVN MTR & BLWR WHL | 556029 | 10/25/13 | 1,364.56 | 92.22 | 136.46 | 10.00% |
| KFC#55 | KFC PACKLINE | 556030 | 06/01/17 | 11,457.74 | 9,739.07 | 2,291.55 | 20.00% |
| **EQP KFC#55 Total** | | | | **209,338.28** | **11,857.91** | **22,210.70** | |
| KFC#57 | KTCHN HVAC CMPRSR 27.5% | 574015 | 06/14/07 | 315.70 | 0.00 | 31.57 | 10.00% |
| KFC#57 | REMODEL      27.5% | 574017 | 11/15/07 | 45,597.91 | 0.00 | 0.00 | 10.00% |
| KFC#57 | HVAC TECH COMPRESSOR27.5 | 574019 | 05/12/08 | 353.05 | 0.00 | 35.31 | 10.00% |

Addendum A to Property Schedule A/B
Bartlett Management Indianapolis, Inc.
Equipment

| ASSET | DESCRIPTION | ASSET_# | ACQUIRED | BASIS | NET BOOK VALUE | VALUE - PERCENTAGE | FOR CURRENT |
|---|---|---|---|---|---|---|---|
| KFC#57 | KTCHN LENNOX COMPRSR27.5 | 574021 | 09/04/08 | 590.91 | 0.00 | 59.09 | 10.00% |
| KFC#57 | 2-HEAT EXCHANGERS  27.5% | 574023 | 12/09/08 | 1,526.00 | 0.00 | 152.60 | 10.00% |
| KFC#57 | EQUIP @ ACQUISITION # 57 | 576001 | 05/04/99 | 125,000.00 | 0.00 | 12,500.00 | 10.00% |
| KFC#57 | D-T MENUBOARD & SPEAKER | 576011 | 12/18/01 | 5,661.90 | 0.00 | 566.19 | 10.00% |
| KFC#57 | 3-SECTION FREEZER 69.1CF | 576016 | 05/24/05 | 4,519.94 | 0.00 | 451.99 | 10.00% |
| KFC#57 | AMANA MICROWAVE-2700W | 576017 | 09/22/05 | 1,720.30 | 0.00 | 172.03 | 10.00% |
| KFC#57 | VINDICATOR SAFE | 576018 | 01/19/06 | 1,139.86 | 0.00 | 113.99 | 10.00% |
| KFC#57 | REMODEL-EQUIP UPGRADE | 576026 | 11/15/07 | 53,753.14 | 0.00 | 5,375.31 | 10.00% |
| KFC#57 | SHARP MICROWAVE-2100WATT | 576028 | 06/10/08 | 1,144.42 | 0.00 | 114.44 | 10.00% |
| KFC#57 | PYLON SIGN FACE | 576030 | 01/29/09 | 1,000.00 | 0.00 | 100.00 | 10.00% |
| KFC#57 | 2-BUNN HOT WTR MACHINES | 576031 | 08/01/09 | 2,003.37 | 0.00 | 200.34 | 10.00% |
| KFC#57 | 8-HD COOKER | 576033 | 03/08/12 | 1,552.92 | 0.00 | 155.29 | 10.00% |
| KFC#57 | HUMIDITY HLDG CABINETS | 576034 | 08/17/12 | 12,175.49 | 0.00 | 1,217.55 | 10.00% |
| KFC#57 | STANDUP FRZR COMPRESSOR | 576035 | 10/05/12 | 1,426.54 | 0.00 | 142.65 | 10.00% |
| KFC#57 | MERIT REGISTER SYSTEM | 576036 | 02/04/13 | 22,977.70 | 1,552.90 | 4,595.54 | 20.00% |
| KFC#57 | PANASONIC WIRELESS HDSTS | 576037 | 06/15/13 | 3,795.06 | 256.48 | 379.51 | 10.00% |
| KFC#57 | FLTR MCH PMP/MTR ASSY | 576038 | 01/15/14 | 1,015.84 | 185.47 | 101.58 | 10.00% |
| KFC#57 | CVO MOTOR/BLOWER | 576039 | 04/03/14 | 965.67 | 176.32 | 96.57 | 10.00% |
| KFC#57 | DLFLD RI REFRIGERATOR | 576040 | 06/09/14 | 2,634.53 | 481.01 | 263.45 | 10.00% |
| KFC#57 | 3 DOOR FRZR COMPRESSOR | 576041 | 04/13/15 | 1,758.46 | 534.57 | 175.85 | 10.00% |
| KFC#57 | NEW ICE MACHINE | 576042 | 04/06/16 | 2,508.75 | 1,271.10 | 1,254.38 | 50.00% |
| KFC#57 | MICROWAVE OVEN | 576043 | 08/01/16 | 955.93 | 484.33 | 477.97 | 50.00% |
| KFC#57 | NEW SAFE | 576044 | 12/15/16 | 2,491.89 | 1,262.56 | 1,245.95 | 50.00% |
| KFC#57 | KFC PACKLINE | 576045 | 06/01/17 | 9,566.07 | 8,131.16 | 1,913.21 | 0.20 |
| KFC#57 | DELFIELD U/C FREEZER | 576046 | 10/05/17 | 1,121.38 | 971.86 | 112.14 | 0.10 |
| EQP KFC#57 Total | | | | 309,272.73 | 15,307.76 | 32,004.50 | |
| KFC#59 | 8-HEAD COOKER | 036020 | 08/16/05 | 7,300.00 | 0.00 | 730.00 | 10.00% |
| KFC#59 | COLLECTRAMATIC FRYER | 526011 | 12/17/01 | 900.00 | 0.00 | 90.00 | 10.00% |
| KFC#59 | 6HD FRYER CNTRL UPGRDKIT | 536018 | 11/19/07 | 1,706.50 | 0.00 | 170.65 | 10.00% |
| KFC#59 | 6HD FRYER COMPUTER | 536025 | 06/01/12 | 1,085.32 | 0.00 | 108.53 | 10.00% |
| KFC#59 | MIXER VALVE | 536027 | 01/08/13 | 1,246.09 | 84.21 | 124.61 | 10.00% |
| KFC#59 | HP FRYER & ELECTRIC | 566016 | 02/02/06 | 11,238.98 | 0.00 | 1,123.90 | 10.00% |
| KFC#59 | PITCO NATURAL GAS FRYER | 576006 | 11/22/99 | 1,909.52 | 0.00 | 190.95 | 10.00% |
| KFC#59 | 6HD FRYER RETROFIT KIT | 576024 | 08/02/07 | 1,597.30 | 0.00 | 159.73 | 10.00% |
| KFC#59 | EQUIP @ ACQUISITION | 596001 | 12/19/11 | 6,875.23 | 0.00 | 687.52 | 10.00% |
| KFC#59 | GARDALL FIRE SAFE | 596006 | 04/11/12 | 1,680.75 | 0.00 | 168.08 | 10.00% |
| KFC#59 | HUMIDITY HLDG CABINETS | 596010 | 09/28/12 | 12,182.34 | 0.00 | 1,218.23 | 10.00% |
| KFC#59 | BUNN HOT WATER MACHINE | 596011 | 11/13/12 | 655.39 | 0.00 | 65.54 | 10.00% |
| KFC#59 | MERIT REGISTER SYSTEM | 596012 | 02/19/13 | 23,251.81 | 1,571.43 | 4,650.36 | 20.00% |
| KFC#59 | PANASONIC WIRELESS HDSTS | 596013 | 06/15/13 | 3,795.06 | 256.48 | 379.51 | 10.00% |
| KFC#59 | 8HD SOLENOID VLV ASSY | 596014 | 07/05/13 | 1,750.01 | 118.28 | 175.00 | 10.00% |
| KFC#59 | HC900 TOP UNIT | 596015 | 05/07/14 | 1,062.00 | 193.90 | 106.20 | 10.00% |
| KFC#59 | FRYER ELEMENT RACK ASSY | 596016 | 10/02/14 | 986.82 | 180.18 | 98.68 | 10.00% |
| KFC#59 | SHARP MICROWAVE OVEN | 596017 | 12/19/14 | 952.55 | 173.91 | 95.26 | 10.00% |
| KFC#59 | DELFIELD FREEZER | 596018 | 07/01/16 | 1,150.46 | 582.89 | 575.23 | 50.00% |
| KFC#59 | PUMP/MOTOR ASSEMBLY | 596019 | 11/11/16 | 1,402.43 | 710.55 | 140.24 | 10.00% |
| KFC#59 | U/C REFRIDGERATOR | 596020 | 01/05/17 | 1,034.72 | 845.02 | 517.36 | 50.00% |
| KFC#59 | KFC PACKLINE | 596021 | 06/01/17 | 8,051.82 | 6,844.05 | 1,610.36 | 0.2 |
| EQP KFC#59 Total | | | | 91,815.10 | 11,560.90 | 13,185.94 | |
| STORAGE | KFC#58 PACKLINE | 136002 | 07/01/17 | 6,084.14 | 5070.11 | 608.41 | 10.00% |
| STORAGE | D-T MENUBOARD | 526012 | 01/05/02 | 5,519.67 | 0 | 551.97 | 10.00% |
| STORAGE | MERIT REGISTER SYSTEM | 526016 | 01/21/13 | 23,152.57 | 1564.72 | 4,630.51 | 20.00% |
| STORAGE | PANASONIC WIRELESS HDSTS | 526017 | 06/15/13 | 3,795.06 | 256.48 | 379.51 | 10.00% |
| STORAGE | FRYMASTER OPEN FRYER | 536016 | 04/10/06 | 900.00 | 0 | 90.00 | 10.00% |
| STORAGE | KGC BLODGETT OVEN | 536021 | 07/27/09 | 10,406.44 | 0 | 1,040.64 | 10.00% |
| STORAGE | HUMIDITY HLDG CABINETS | 536026 | 08/17/12 | 12,175.49 | 0 | 1,217.55 | 10.00% |
| STORAGE | MERIT REGISTER SYSTEM | 536029 | 02/01/13 | 23,133.06 | 1563.41 | 4,626.61 | 20.00% |
| STORAGE | PANASONIC WIRELESS HDSTS | 536030 | 06/15/13 | 3,795.06 | 256.48 | 379.51 | 10.00% |
| STORAGE | BLODGETT OVEN MTR/WHEEL | 536031 | 02/10/14 | 1,551.21 | 283.22 | 155.12 | 10.00% |
| STORAGE | HC900 WARMING CABINET | 566017 | 04/10/06 | 750.00 | 0 | 75.00 | 10.00% |
| STORAGE | KGC BLODGETT OVEN | 566022 | 07/27/09 | 10,406.44 | 0 | 1,040.64 | 10.00% |
| STORAGE | HUMIDITY HLDG CABINETS | 566027 | 08/17/12 | 11,943.05 | 0 | 1,194.31 | 10.00% |
| STORAGE | MERIT REGISTER SYSTEM | 566031 | 02/03/13 | 23,480.11 | 1586.86 | 4,696.02 | 20.00% |
| STORAGE | PANASONIC WIRELESS HDSTS | 566032 | 06/15/13 | 3,795.06 | 256.48 | 379.51 | 10.00% |
| STORAGE | MANITOWOC ICE MACHINE | 586003 | 12/21/11 | 2,468.67 | 0 | 246.87 | 10.00% |
| STORAGE | HUMIDITY HLDG CABINETS | 586006 | 09/21/12 | 12,192.44 | 0 | 1,219.24 | 10.00% |
| STORAGE | MERIT REGISTER SYSTEM | 586009 | 02/24/13 | 23,249.79 | 1571.29 | 4,649.96 | 20.00% |
| | | | | 178,798.26 | 12,409.05 | 27,181.38 | |

Addendum B to Property Schedule A/B
Bartlett Management Indianapolis, Inc.
Leasehold Improvements

| ASSET _ACCT | DESCRIPTION | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VALUE | D REPLACEM | VALUE (25% of |
|---|---|---|---|---|---|---|---|
| KFC#51 | OVEN EXHAUST FAN  72.5% | 07/20/10 | $1,269.00 | $598.92 | $670.08 | $1,270.00 | $317.50 |
| KFC#51 | OVEN EXHAUST FAN  27.5% | 07/20/10 | $481.00 | $481.00 | $0.00 | $485.00 | $121.25 |
| KFC#51 | WI CONDENSING UNIT 72.5% | 07/20/10 | $3,741.00 | $1,765.59 | $1,975.41 | $3,800.00 | $950.00 |
| KFC#51 | WI CONDENSING UNIT 27.5% | 07/20/10 | $1,419.00 | $1,419.00 | $0.00 | $1,400.00 | $350.00 |
| KFC#51 | WI CONDENSER        72.5% | 08/12/11 | $1,548.00 | $665.98 | $882.02 | $1,550.00 | $387.50 |
| KFC#51 | WI CONDENSER        27.5% | 08/12/11 | $587.25 | $587.25 | $0.00 | $590.00 | $147.50 |
| KFC#51 | WI EVAPORATOR     72.5% | 09/01/11 | $1,601.00 | $683.20 | $917.80 | $1,600.00 | $400.00 |
| KFC#51 | WI EVAPORATOR     27.5% | 09/01/11 | $606.64 | $606.64 | $0.00 | $610.00 | $152.50 |
| KFC#51 | USED WALK-IN       72.5% | 12/13/11 | $21,223.00 | $8,831.94 | $12,391.06 | $21,250.00 | $5,312.50 |
| KFC#51 | USED WALKIN-       27.5% | 12/13/11 | $8,049.60 | $8,049.60 | $0.00 | $8,050.00 | $2,012.50 |
| KFC#51 | WINDOWS          72.5% | 05/09/12 | $2,743.00 | $1,090.01 | $1,652.99 | $2,750.00 | $687.50 |
| KFC#51 | WINDOWS          27.5% | 05/09/12 | $1,040.08 | $1,040.08 | $0.00 | $1,050.00 | $262.50 |
| KFC#51 | HEAT EXCHANGER    72.5% | 02/23/13 | $1,352.00 | $487.60 | $864.40 | $1,350.00 | $337.50 |
| KFC#51 | HEAT EXCHANGER    27.5% | 02/23/13 | $512.96 | $453.72 | $59.24 | $525.00 | $131.25 |
| KFC#51 | BRYANT A/C-DINING 72.5% | 05/14/13 | $7,119.00 | $2,472.00 | $4,647.00 | $7,200.00 | $1,800.00 |
| KFC#51 | BRYANT A/C-DINING 27.5% | 05/14/13 | $2,699.72 | $2,387.89 | $311.83 | $2,700.00 | $675.00 |
| KFC#51 | HVAC BLOWER MOTOR 72.5% | 05/22/14 | $921.00 | $265.24 | $655.76 | $925.00 | $231.25 |
| KFC#51 | HVAC BLOWER MOTOR 27.5% | 05/22/14 | $348.97 | $268.52 | $80.45 | $350.00 | $87.50 |
| KFC#51 | WI CLR COMPRESSOR 72.5% | 11/19/14 | $1,022.00 | $259.52 | $762.48 | $1,025.00 | $256.25 |
| KFC#51 | WI CLR COMPRESSOR 27.5% | 11/19/14 | $387.35 | $298.05 | $89.30 | $390.00 | $97.50 |
| KFC#51 | HVAC COMPRESSOR    72.5% | 07/01/15 | $1,346.00 | $264.53 | $1,081.47 | $1,350.00 | $337.50 |
| KFC#51 | HVAC COMPRESSOR    27.5% | 07/01/15 | $510.05 | $314.19 | $195.86 | $525.00 | $131.25 |
| KFC#51 | NEW EXHAUST        72.5% | 03/23/16 | $1,403.00 | $204.03 | $1,198.97 | $1,400.00 | $350.00 |
| KFC#51 | NEW EXHAUST        27.5% | 03/23/16 | $532.07 | $191.55 | $340.52 | $550.00 | $137.50 |
| KFC#51 | NEW 10 TON HVAC UNIT | 07/25/16 | $7,998.00 | $845.90 | $7,152.10 | $8,000.00 | $2,000.00 |
| KFC#51 | NEW 10 TON HVAC UNIT | 07/25/16 | $3,033.48 | $1,092.04 | $1,941.44 | $3,050.00 | $756.25 |
| KFC#51 | STAINLESS STEEL WALLS | 06/09/17 | $2,487.00 | $26.46 | $2,460.54 | $2,500.00 | $625.00 |
| KFC#51 | STAINLESS STEEL WALLS | 06/09/17 | $942.92 | $26.94 | $915.98 | $950.00 | $237.50 |
| | TOTAL: | | $76,924.09 | $35,677.39 | $41,246.70 | $77,170.00 | $19,292.50 |
| | | | | | | | |
| KFC#54 | REMODEL          72.5% | 05/01/11 | $72,192.00 | $17,344.86 | $54,847.14 | $72,200.00 | $18,050.00 |
| KFC#54 | REMODEL          27.5% | 05/01/11 | $27,383.42 | $27,383.42 | $0.00 | $27,400.00 | $6,850.00 |
| KFC#54 | WI COMPRESSOR     72.5% | 02/17/12 | $2,092.00 | $455.00 | $1,637.00 | $2,100.00 | $525.00 |
| KFC#54 | WI COMPRESSOR     27.5% | 02/17/12 | $793.99 | $793.99 | $0.00 | $800.00 | $200.00 |
| KFC#54 | HVAC BLOWER MOTOR 72.5% | 01/15/13 | $814.00 | $152.82 | $661.18 | $825.00 | $206.25 |
| KFC#54 | HVAC BLOWER MOTOR 27.5% | 01/15/13 | $308.99 | $273.30 | $35.69 | $310.00 | $77.50 |
| KFC#54 | NEW ROOF         72.5% | 09/16/14 | $15,225.00 | $1,924.40 | $13,300.60 | $12,225.00 | $3,056.25 |
| KFC#54 | NEW ROOF         27.5% | 09/16/14 | $5,775.00 | $4,443.86 | $1,331.14 | $5,800.00 | $1,450.00 |
| KFC#54 | NEW RTU CONDENSER 72.5% | 08/01/15 | $4,035.00 | $359.72 | $3,675.28 | $4,050.00 | $1,012.50 |
| KFC#54 | NEW RTU CONDENSER 27.5% | 08/01/15 | $1,530.76 | $942.93 | $587.83 | $1,550.00 | $387.50 |
| KFC#54 | EXHAUST HOOD ASSEMBLY | 01/12/17 | $1,445.00 | $33.24 | $1,411.76 | $1,500.00 | $375.00 |
| KFC#54 | EXHAUST HOOD ASSEMBLY | 01/12/17 | $548.71 | $54.87 | $493.84 | $550.00 | $137.50 |
| KFC#54 | WALK-IN COMPRESSOR | 02/10/17 | $1,387.00 | $29.00 | $1,358.00 | $1,400.00 | $350.00 |
| KFC#54 | WALK-IN COMPRESSOR | 02/10/17 | $526.37 | $47.85 | $478.52 | $550.00 | $137.50 |
| KFC#54 | BACK KITCHEN COMPRESSOR | 05/01/17 | $1,412.00 | $11.96 | $1,400.04 | $1,400.00 | $350.00 |
| KFC#54 | BACK KITCHEN COMPRESSOR | 05/01/17 | $535.18 | $26.76 | $508.42 | $550.00 | $137.50 |
| | TOTAL: | | $136,004.42 | $54,277.98 | $81,726.44 | $133,210.00 | $33,302.50 |
| | | | | | | | |
| KFC#55 | NEW MAIN DRAIN LINE | 11/20/01 | $13,797.00 | $5,563.60 | $8,086.37 | $13,800.00 | $3,450.00 |
| KFC#55 | FRONT A/C COMPRESSOR | 04/02/02 | $1,150.00 | $451.49 | $686.26 | $1,150.00 | $287.50 |
| KFC#55 | WI COMPRESSOR&FAN MOTORS | 04/03/03 | $1,970.13 | $722.97 | $1,226.16 | $2,000.00 | $500.00 |
| KFC#55 | REBUILD KITCHEN WALLS | 07/18/05 | $6,450.00 | $1,994.65 | $4,386.60 | $6,500.00 | $1,625.00 |
| KFC#55 | REMODEL          72.5% | 09/01/07 | $96,045.00 | $24,370.58 | $70,650.52 | $96,000.00 | $24,000.00 |
| KFC#55 | REMODEL          27.5% | 09/01/07 | $36,431.05 | $36,431.05 | $0.00 | $36,500.00 | $9,125.00 |
| KFC#55 | FRNT HVAC HEAT EXCHG72.5 | 02/06/08 | $1,654.00 | $399.08 | $1,237.25 | $1,650.00 | $412.50 |

Addendum B to Property Schedule A/B
Bartlett Management Indianapolis, Inc.
Leasehold Improvements

| ASSET _ACCT | DESCRIPTION | ACQUIRED | BASIS | ACCUM_DEPR | NET BOOK VALUE | D REPLACEM | VALUE (25% of |
|---|---|---|---|---|---|---|---|
| KFC#55 | FRNT HVAC HEAT EXCHG27.5 | 02/06/08 | $627.00 | $627.00 | $0.00 | $650.00 | $162.50 |
| KFC#55 | PAVE/STRIPE PRKG LOT72.5 | 05/05/08 | $8,878.00 | $5,730.75 | $2,929.00 | $8,900.00 | $2,225.00 |
| KFC#55 | PAVE/STRIPE PRKG LOT27.5 | 05/05/08 | $3,367.00 | $3,367.00 | $0.00 | $3,400.00 | $850.00 |
| KFC#55 | 7.5 TON RTU      72.5% | 07/16/09 | $7,246.00 | $1,486.08 | $5,682.52 | $7,250.00 | $1,812.50 |
| KFC#55 | 7.5 TON RTU      27.5% | 07/16/09 | $2,749.00 | $2,749.00 | $0.00 | $2,750.00 | $687.50 |
| KFC#55 | CARRIER 7.5 ROOFTOP 72.5 | 07/15/10 | $7,565.00 | $1,357.64 | $6,126.53 | $7,600.00 | $1,900.00 |
| KFC#55 | CARRIER 7.5 ROOFTOP 27.5 | 07/15/10 | $2,870.00 | $2,870.00 | $0.00 | $2,900.00 | $725.00 |
| KFC#55 | REMODEL          72.5% | 05/01/11 | $59,206.00 | $9,361.74 | $49,211.71 | $59,200.00 | $14,800.00 |
| KFC#55 | REMODEL          27.5% | 05/01/11 | $22,457.74 | $22,457.74 | $0.00 | $22,500.00 | $5,625.00 |
| KFC#55 | 3-BAY SINK FAUCET 72.5% | 03/01/12 | $808.00 | $110.72 | $688.63 | $810.00 | $202.50 |
| KFC#55 | 3-BAY SINK FAUCET 27.5% | 03/01/12 | $307.06 | $307.06 | $0.00 | $310.00 | $77.50 |
| KFC#55 | EXHAUST SYSTEM    72.5% | 10/01/14 | $1,375.00 | $97.02 | $1,263.28 | $1,375.00 | $343.75 |
| KFC#55 | EXHAUST SYSTEM    27.5% | 10/01/14 | $521.07 | $400.95 | $95.14 | $525.00 | $131.25 |
| KFC#55 | NEW WATER HEATER | 12/21/16 | $2,733.00 | $40.88 | $2,662.92 | $2,750.00 | $687.50 |
| KFC#55 | NEW WATER HEATER | 12/21/16 | $1,037.00 | $373.31 | $525.41 | $1,050.00 | $262.50 |
| KFC#55 | KITCHEN HVAC COMPRSR | 06/01/17 | $1,145.00 | $2.45 | $1,130.30 | $1,150.00 | $287.50 |
| KFC#55 | KITCHEN HVAC COMPRSR | 06/01/17 | $433.90 | $12.40 | $359.51 | $450.00 | $112.50 |
| KFC#55 | WIC CONDENSOR | 09/01/17 | 2,076.00 | 13.32 | 2,062.68 | | $207.60 |
| KFC#55 | WIC CONDENSOR | 09/01/17 | 787.23 | 118.09 | 669.14 | | $78.72 |
| | TOTAL: | | $283,686.18 | $121,416.57 | $159,679.93 | $281,170.00 | $70,578.82 |
| | | | | | | | |
| KFC#57 | NEW ROOF-2YR WARRTY72.5% | 03/13/14 | $18,125.00 | $5,410.40 | $12,714.60 | $18,125.00 | $4,531.25 |
| KFC#57 | NEW ROOF-2YR WRRNTY27.5% | 03/13/14 | $6,875.00 | $5,290.32 | $1,584.68 | $6,900.00 | $1,725.00 |
| KFC#57 | WATER HEATER      72.5% | 01/16/15 | $2,411.00 | $583.20 | $1,827.80 | $2,400.00 | $600.00 |
| KFC#57 | WATER HEATER      27.5% | 01/16/15 | $915.14 | $563.71 | $351.43 | $925.00 | $231.25 |
| KFC#57 | WIC EVAPORATOR  72.5% | 05/01/15 | $1,460.00 | $313.82 | $1,146.18 | $1,450.00 | $362.50 |
| KFC#57 | WIC EVAPORATOR  27.5% | 05/01/15 | $554.04 | $341.29 | $212.75 | $550.00 | $137.50 |
| KFC#57 | WIC WALL PANELS  72.5% | 10/01/15 | $2,197.00 | $404.67 | $1,792.33 | $2,200.00 | $550.00 |
| KFC#57 | WIC WALL PANELS  27.5% | 10/01/15 | $833.57 | $513.49 | $320.08 | $850.00 | $212.50 |
| KFC#57 | NEW RTU          72.5% | 05/11/16 | $8,143.00 | $1,138.28 | $7,004.72 | $8,200.00 | $2,050.00 |
| KFC#57 | NEW RTU          27.5% | 05/11/16 | $3,088.55 | $1,111.87 | $1,976.68 | $3,090.00 | $772.50 |
| | TOTAL | | $44,602.30 | $15,671.05 | $28,931.25 | $44,690.00 | $11,172.50 |
| | | | | | | | |
| KFC#59 | NEW WATER HEATER  27.5% | 06/07/16 | $1,234.26 | $444.32 | $789.94 | $1,250.00 | $312.50 |
| KFC#59 | HVAC COMPRESSOR | 09/14/16 | $327.13 | $117.76 | $209.37 | $350.00 | $87.50 |
| KFC#59 | WI CONDENSER     72.5% | 03/14/12 | $2,486.00 | $668.57 | $1,817.43 | $2,500.00 | $625.00 |
| KFC#59 | WI CONDENSER     27.5% | 03/14/12 | $943.32 | $943.32 | $0.00 | $950.00 | $237.50 |
| KFC#59 | WI EVAPORATOR     72.5% | 04/01/12 | $1,656.00 | $440.37 | $1,215.63 | $1,700.00 | $425.00 |
| KFC#59 | WI EVAPORATOR     27.5% | 04/01/12 | $628.75 | $628.75 | $0.00 | $650.00 | $162.50 |
| KFC#59 | KTCHN HVAC-20 TON 72.5% | 06/21/12 | $14,044.00 | $3,661.22 | $10,382.78 | $1,400.00 | $350.00 |
| KFC#59 | KTCHN HVAC-20 TON 27.5% | 06/21/12 | $5,327.50 | $5,327.50 | $0.00 | $5,400.00 | $1,350.00 |
| KFC#59 | BRYANT HVAC-DINING 72.5% | 07/01/14 | $7,606.00 | $1,303.92 | $6,302.08 | $7,600.00 | $1,900.00 |
| KFC#59 | BRYANT HVAC-DINING 27.5% | 07/01/14 | $2,885.60 | $2,220.46 | $665.14 | $2,900.00 | $725.00 |
| KFC#59 | NEW TILE FLOOR  72.5% | 05/12/15 | $2,265.00 | $284.50 | $1,980.50 | $2,250.00 | $562.50 |
| KFC#59 | NEW TILE FLOOR  27.5% | 05/12/15 | $859.66 | $529.54 | $330.12 | $860.00 | $215.00 |
| KFC#59 | NEW WATER HEATER 72.5% | 06/07/16 | $3,253.00 | $243.10 | $3,009.90 | $3,250.00 | $812.50 |
| KFC#59 | HVAC COMPRESSOR | 09/14/16 | $864.00 | $45.99 | $818.01 | $860.00 | $215.00 |
| KFC#59 | SINK/FAUCET | 11/03/16 | $1,963.00 | $93.44 | $1,869.56 | $2,000.00 | $500.00 |
| KFC#59 | SINK/FAUCET | 11/03/16 | $745.17 | $268.25 | $476.92 | $750.00 | $187.50 |
| | TOTAL: | | $47,088.39 | $17,221.01 | $29,867.38 | $34,670.00 | $8,667.50 |
| | | | | | | | |
| | Grand Total | | | | | | $143,013.82 |

Page 2 of 2

**Fill in this information to identify the case:**

Debtor name **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known) **17-71892**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** | **Bank of America**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Each transaction and its proceeds; Heartland Bank Cash Concentration Account; Delayed Settlement Account** | **Unknown** | **Unknown** |
| | **1231 Durrett Lane**<br>**Attn: Product Manager/Contract Manager**<br>**Louisville, KY 40213**<br>Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**9887** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Heartland Bank and Trust Company**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**All Assets/Cross Collateralized** | **$4,986,917.56** | **$363,562.03** |
| | **405 N. Hershey Road**<br>**Attn: Craig A. Orwig**<br>**Bloomington, IL 61704**<br>Creditor's mailing address | Describe the lien<br>**Security Interest** | | |
| | | Is the creditor an insider or related party? | | |
| | **corwig@hbtbank.com**<br>Creditor's email address, if known | ☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | | |
| | **Date debt was incurred**<br>**5/15/2017** | ☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**1580** | | | |

Debtor   **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**                     Case number (if know)   **17-71892**
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$4,986,917.56** |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF ILLINOIS

Case number (if known)  **17-71892**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Indiana Department of Revenue**
**100 N. Senate Avenue**
**Room N203-Bankruptcy**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$29,102.80**     Priority amount: **Unknown**

Date or dates debt was incurred

Basis for the claim:
**IN FOOD&BEV: 10/24-11/20  $5,820.99**
**IN SLS TX: 10/24-11/20  $23,281.81**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**Indiana Department of Workforce Developm**
**c/o IDWD Legal Support**
**Indiana Government Center South**
**10 North Senate Avenue, SE 105**
**Indianapolis, IN 46204-2277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**     Priority amount: **Unknown**

Date or dates debt was incurred
**Incurred Quarterly**

Basis for the claim:
**State Unemployment Taxes**
**Current through 3rd Quarter**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**    Case number (if known)    **17-71892**
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

Priority creditor's name and mailing address

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**ADP, INC**
**1851 N RESLER DR. MS-100**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Monthly -- Recurring Vendor**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **1699**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Agency One Security Corporation**
**7270 East 86 Street**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account
number **No Account Number**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,091.44** |

**AJ&J LLC**
**c/o John & Pat Vattuone**
**42630 Tennessee Avenue**
**Palm Desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Rent due under Real Property Lease;**
**Property Taxes Due for 2016**

Last 4 digits of account number **FC59**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.75** |

**Allied Safety Services, Inc.**
**7709 West 10th Street**
**Indianapolis, IN 46214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,736.54** |

**ARNOLD L. DITO, Trustee of the**
**ANNE DITO CREDIT SHELTER TRUST**
**1310 Jones St.**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim: **Rent due under Real Property Lease (KFC # 51)**

Last 4 digits of account number **FC51**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | Case number (if known) | **17-71892** |
|---|---|---|---|
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ashley Safe and Security**
**7270 East 86th Street**
**Indianapolis, IN 46250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 10/31/2017**

Basis for the claim:  **Trade Debt -- Services**

Last 4 digits of account
number  **No Account Number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.30** |
|---|---|---|---|

**AT & T**
**Corporate Headquarters**
**208 S Akard St,**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440.62** |
|---|---|---|---|

**Barco Uniforms, Inc.**
**350 W. Rosecrans Avenue**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Supplies**

Last 4 digits of account number  **1898**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$805,568.10** |
|---|---|---|---|

**Bartlett Managment Services, Inc.**
**70 Clinton Plaza**
**Clinton, IL 61727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance as of 12/04/2017**

Basis for the claim:  **Intercompany Transfers**

Last 4 digits of account number  **Inter/Co**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$349.07** |
|---|---|---|---|

**Beech Grove Sewage Works**
**806 Main Street**
**Beech Grove, IN 46107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **7001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,917.76** |
|---|---|---|---|

**Citizens Energy Group**
**2020 North Meridian St.**
**Indianapolis, IN 46202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **Multiple Accounts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$301.50** |
|---|---|---|---|

**Clay County Treasurer**
**609 E. National Avenue #101**
**Brazil, IN 47834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Personal Property Tax KFC # 52**
**Store Closed 6/13/2016**

Last 4 digits of account number  **03PP**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**   Case number (if known)   **17-71892**

Name

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Coin Operated Properties  LLC**
**a/k/ Indy Spotless Auto**
**11387 Regency Lane**
**Carmel, IN 46033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Monthly --- Recurring Vendor**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account
number **No Account Number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Commercial Electronics**
**3421 Hollenberg Drive**
**Bridgeton, MO 63044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 10/31/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account
number **No Account Number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Danco Roofing Services, Inc.**
**1437 Southeastern Ave**
**Indianapolis, IN 46201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/22/17**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$337.20** |
|---|---|---|---|

**Data Imaging Supplies, Inc.**
**1253 E. St. Louis Street**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Supplies**

Last 4 digits of account number **None**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dr. Pepper/Seven-Up, Inc.**
**5301 Legacy Drive**
**Attn: General Counsel**
**Plano, TX 75024**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Per Contract 1/1/2017**

Basis for the claim:  **Contract Commitment Funding (2017)**
**Annual Cash Funding (2017)**

Last 4 digits of account
number **No Account Number**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,385.23** |
|---|---|---|---|

**Duke Energy**
**139 E 4th St**
**Mail Drop EX320**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$621.03** |
|---|---|---|---|

**Dumac Business Systems, Inc.**
**19 Corporate Circle**
**East Syracuse, NY 13057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number **3958**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | Case number (if known) | **17-71892** |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dunbar Bank Pak, Inc.**
**8525 Kelso Drive Suite L**
**Baltimore, MD 21221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Bank Deposit Tickets and Bank Tags**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,777.95** |
|---|---|---|---|

**Ecolab Pest Elimination Division**
**26252 Network Place**
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **2458**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Environmental Waste Solutions**
**950 S Tamiami Trail #210**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Service**

Last 4 digits of account number  **0193**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$877.91** |
|---|---|---|---|

**FireKing Commercial Services**
**2789 Solution Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Supplier**

Last 4 digits of account number  **No Account Number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$243.85** |
|---|---|---|---|

**Franke Resupply System Inc.**
**8007 Innovation Way**
**Chicago, IL 60682-0080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Supplies**

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159.53** |
|---|---|---|---|

**Frontier**
**Frontier Business**
**401 Merritt 7**
**Norwalk, CT 06851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$921.34** |
|---|---|---|---|

**Greencastle Municipal Utlities**
**1 N. Locust St.**
**Greencastle, IN 46135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **8600**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | Case number (if known) | **17-71892** |
|--------|---------------------------------------------|------------------------|--------------|
| | Name | | |

---

**3.27**  Nonpriority creditor's name and mailing address

**Haley's Lock, Safe & Key**
**415 N. Earl Avenue**
**Suite 1**
**Lafayette, IN 47904**

Date(s) debt was incurred  **As of 11/06/2017**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.28**  Nonpriority creditor's name and mailing address

**HM Electronics**
**14110 Stowe Drive**
**Poway, CA 92064**

Date(s) debt was incurred  **As of 10/31/2017**

Last 4 digits of account number  **0524**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.29**  Nonpriority creditor's name and mailing address

**Horvath Realty of Indiana, LLC**
**31 Bank Street**
**Sussex, NJ 07461**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account
number  **No Account Number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent Due under Real Property Lease for KFC #54**
**Payment is Current through Nov 1**

Is the claim subject to offset? ☒ No  ☐ Yes

**$8,910.00**

---

**3.30**  Nonpriority creditor's name and mailing address

**Hughes Network Systems, LLC**
**11717 Exploration Lane**
**Germantown, MD 20876**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **0116**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,081.36**

---

**3.31**  Nonpriority creditor's name and mailing address

**Indiana Logo Sign Group**
**600 East 96th Street**
**Suite 515**
**Indianapolis, IN 46240**

Date(s) debt was
incurred  **Monthly --- Recurring Vendor**

Last 4 digits of account
number  **No Account Number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.32**  Nonpriority creditor's name and mailing address

**Indiana Window Cleaning**
**6863 Hubbard Drive**
**Dayton, OH 45424**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **None**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Services Rendered**

Is the claim subject to offset? ☒ No  ☐ Yes

**$782.00**

---

**3.33**  Nonpriority creditor's name and mailing address

**Indianapolis Power and Light**
**One Monument Circle**
**P.O. Box 1595**
**Indianapolis, IN 46206**

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account number  **0785**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ☒ No  ☐ Yes

**$28,770.26**

---

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | Case number (if known) | **17-71892** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,155.43 |
|---|---|---|---|

**INDYLEE LLC**
12711 Ventura Blvd.
#215
Attn: David Lee, Manager
Studio City, CA 91604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Real Property Lease (KFC # 55) -- Unpaid rent as of 10/2/2017**
**and unpaid real and personal property taxes**

Last 4 digits of account number  **FC55**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.90 |
|---|---|---|---|

**Insight /Parapet Studios LLC**
ACCOUNTS RECEIVABLE
3773 Howard Hughes Parkway
Nampa, ID 83652

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **8000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,121.69 |
|---|---|---|---|

**J&S Restaurant Service**
3100 Mooresville Road
Indianapolis, IN 46221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,187.50 |
|---|---|---|---|

**JOSEPH POJANOWSKI III**
Pojanowski & Trawinski, P.C.
1135 Clifton Avenue, Suite 206
Clifton, NJ 07013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Last 4 digits of account
number  **No Account Number**

Basis for the claim:  **Rent Due under Real Property Lease for KFC 57**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,868.86 |
|---|---|---|---|

**KFC Nat. Council and Advertising Coop**
P.O. Box. 642474
Pittsburgh, PA 15264-2474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **as of 11/20/2017**

Last 4 digits of account
number  **No Account Number**

Basis for the claim:  **KFC ADVERTISING: 9/26-10/23  $14,788.27**
**KFC ADVERTISING: 10/24-11/20  $15,080.59**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,550.09 |
|---|---|---|---|

**KFC Royalty**
PO Box 203805
Dallas, TX 75320-3805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **As of 11/20/2017**

Basis for the claim:  **KFC ROYALTIES: 9/26-10/23  $13,145.13**
**KFC ROYALTIES: 10/24-11/20  $13,404.96**

Last 4 digits of account number  **4928**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BARTLETT MANAGEMENT INDIANAPOLIS, INC. | Case number (if known) | 17-71892 |
|---|---|---|---|
| | Name | | |

---

**3.40**

**Nonpriority creditor's name and mailing address**

**KFC/YSRG**
**P.O. BOX 203805**
**Dallas, TX 75320-3805**

Date(s) debt was
incurred __Balance Due as of 12/4/2017__

Last 4 digits of account number __4928__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Service (Merit System)__

Is the claim subject to offset? ■ No ☐ Yes

**$2,671.29**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**LOPAX, Inc.**
**3930 Premier North Dr**
**Tampa, FL 33618**

Date(s) debt was incurred __Through 9/2012__

Last 4 digits of account
number __No Account Number__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounts Payable__

Is the claim subject to offset? ■ No ☐ Yes

**$72,200.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Mahoney Environmental**
**37458 Eagle Way**
**Chicago, IL 60678-1374**

Date(s) debt was
incurred __Balance due as of 12/4/2017__

Last 4 digits of account number __5385__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt - Serviced Rendered__

Is the claim subject to offset? ■ No ☐ Yes

**$1,195.00**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Marion County Treasurer**
**200 E. Washington Street**
**Suite 1041**
**Indianapolis, IN 46204**

Date(s) debt was incurred __12/31/2016__

Last 4 digits of account number __9386__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Real and Personal Property Taxes Due  KFC #54:__
__Per Lease Agreement__

Is the claim subject to offset? ■ No ☐ Yes

**$7,283.48**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Marion County Treasurer**
**200 E. Washington Street**
**Suite 1041**
**Indianapolis, IN 46204**

Date(s) debt was incurred __12/31/2016__

Last 4 digits of account number __0200__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Real and Personal Property Taxes due KFC #57__
__ Per Lease Agreement__

Is the claim subject to offset? ■ No ☐ Yes

**$10,621.35**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Marion County Treasurer**
**200 E. Washington Street**
**Suite 1041**
**Indianapolis, IN 46204**

Date(s) debt was incurred __2016__

Last 4 digits of account number __3388__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Real and Personal Property Taxes (KFC # 51)__
__Per LEase Agreement__

Is the claim subject to offset? ■ No ☐ Yes

**$5,113.89**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**MICHAEL J. SMITH & ASSOCIATES**
**3127 Village Office Place**
**Champaign, IL 61822**

Date(s) debt was
incurred __Balance due as of 12/4/2017__

Last 4 digits of account number __3452__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Tax Preparation Services__

Is the claim subject to offset? ■ No ☐ Yes

**$10,516.50**

---

Debtor   **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**                    Case number (if known)   **17-71892**
Name

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$431.80** |
|---|---|---|---|

**Mood Media (Muzak)**
**1703 W. 5TH ST.**
**Suite 600**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **3198**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nelson Alarm Company**
**2602 East 55th Street**
**Indianapolis, IN 46220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Monthly - Recurring Vendor**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account
number  **No Account Number**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,352.12** |
|---|---|---|---|

**NUCO2, LLC**
**2800 SE Market Place**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account number  **7726**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Par Tech Inc.**
**Headquarters**
**8383 Seneca Turnpike**
**New Hartford, NY 13413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Monthly - Recurring Vendor**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account
number  **No Account Number**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$457.65** |
|---|---|---|---|

**Pepsi Cola Company**
**700 Anderson Hill Road**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Services Rendered**

Last 4 digits of account
number  **No Account Number**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,435.27** |
|---|---|---|---|

**Putnam County Treasurer**
**120 N. 4th Street**
**Hennepin, IL 61327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2016**

Basis for the claim:  **Real and Personal Property Taxes KFC #59**
**Per Lease Agreement**

Last 4 digits of account number  **0008**

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rays Trash**
**3859 East US Highway 40**
**Clayton, IN 46118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Balance due as of 12/4/2017**

Basis for the claim:  **Trade Debt - Supplier**

Last 4 digits of account number  **5415**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**
Name

Case number (if known) **17-71892**

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Red Book Solutions**
**33270 Collection Ctr Drive**
**Chicago, IL 60693-0332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Monthly - Recurring Vendor**
Last 4 digits of account
number **No Account Number**

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,929.15** |
|---|---|---|---|

**Restaurant Supply Chain Solution**
**950 Breckenridge Lane, Suite 300**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**
Last 4 digits of account number **6037**

Basis for the claim: **Trade Debt - Goods**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RF Technologies**
**P.O. Box 142**
**Bethalto, IL 62010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,869.32** |
|---|---|---|---|

**Robert Clawson**
**3190 Deerfield Road**
**Clinton, IL 61727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **As of 11/06/2017**
Last 4 digits of account number **None**

Basis for the claim: **Note Payable (NWM - Roof Inv)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,841.65** |
|---|---|---|---|

**RSCS - KFC Packline**
**950 Breckenridge Lane, Suite 300**
**Louisville, KY 40207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**
Last 4 digits of account number **6037**

Basis for the claim: **Trade Debt - Supplier (LOAN)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$739.32** |
|---|---|---|---|

**RSCS Smallwares Connection**
**477 South Front Street**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**
Last 4 digits of account number **3215**

Basis for the claim: **Trade Debt - Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$358,381.53** |
|---|---|---|---|

**Sorce Enterprises, Inc.**
**Dehater Division**
**3201 N. Main Street**
**East Peoria, IL 61611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Balance due as of 12/4/2017**
Last 4 digits of account number **tore**

Basis for the claim: **Trade Debt -- Goods Supplied**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | Case number (if known) | **17-71892** |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $729.50 |
|---|---|---|---|

**Team 360 Services**
**5 Koweba Lane**
**Indianapolis, IN 46201**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account
number **No Account Number**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.00 |
|---|---|---|---|

**The Steritch Group, Inc.**
**6701 Carmel Rd**
**Charlotte, NC 28226**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **3608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,124.50 |
|---|---|---|---|

**Valenti Florida Management, Inc.**
**3930 Priemer North Drive**
**Tampa, FL 33618**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Service Fees (Accounting)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,625.00 |
|---|---|---|---|

**Willey & Son Lawn Svc**
**6868 East State Road 252**
**Morgantown, IN 46160**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.50 |
|---|---|---|---|

**Zesco Products**
**640 North Capitol Avenue**
**Indianapolis, IN 46204**

Date(s) debt was
incurred **Balance due as of 12/4/2017**

Last 4 digits of account number **9557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt - Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan Townsend**<br>**Bose, McKinney & Evans LLP**<br>**111 Monument Circle**<br>**Suite 2700**<br>**Indianapolis, IN 46204** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Duke Energy**<br>**1000 E Main Street**<br>**Mail Drop WP 890**<br>**Plainfield, IN 46168** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | Case number (if known) | **17-71892** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Horvath Realty of Indiana, LLC**<br>**31 Bank Street**<br>**Sussex, NJ 07461** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **James Finegan**<br>**Finegan Law Firm**<br>**111 West Front Street**<br>**Bloomington, IL 61701** | Line **3.57**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Jeffrey A. Dito, Esq.**<br>**Valinoti & Dito**<br>**180 Montgomery Street, Suite 940**<br>**San Francisco, CA 94104** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Meyer Capel, A Professional Corporation**<br>**306 W. Church Street**<br>**Champaign, IL 61820** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Meyer Capel, A Professional Corporation**<br>**306 W. Church Street**<br>**Champaign, IL 61820** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Pojanowski Champaign Realty, LLC**<br>**777 Terrace Avenue, Suite 201**<br>**Hasbrouck Heights, NJ 07604** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 29,102.80 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,674,553.03 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,703,655.83 |

**Fill in this information to identify the case:**

Debtor name    **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **17-71892**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of KFC # 59: 509 S. Bloomington St., Greencastle, IN 46135-2113**<br>**12/31/2032** | **AJ&J LLC**<br>**John and Pat Vattuone**<br>**42630 Tennessee Avenue**<br>**Palm Desert, CA 92211** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of KFC # 51: 903 E. Hanna Ave., Indianapolis, IN 46227-1305**<br>**4/30/2025** | **ARNOLD L. DITO, Trustee of the ANNE DITO CREDIT SHELTER TRUST**<br>**1310 Jones St.**<br>**San Francisco, CA 94109** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Merchant Services Agreement** | **Bank of America**<br>**1231 Durrett Lane**<br>**Attn: Product Manager/Contract Manager**<br>**Louisville, KY 40213** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Franchise Adoption Agreement**<br><br>**Expires 12/31/2026** | **Dr. Pepper/Seven-Up, Inc.**<br>**5301 Legacy Drive**<br>**Attn: General Counsel**<br>**Plano, TX 75024** |

Debtor 1   **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**                    Case number *(if known)*   **17-71892**
　　　　　　First Name　　　　Middle Name　　　　Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Solid Waste/Recycling Cost Reduction Renewal Agreement Payment of $25 per location per month, 24 months beginning 1/01/2016** | |
|---|---|---|---|
| | State the term remaining | **12/31/2017** | **Environmental Waste Solutions 950 S Tamiami Trail #210 Sarasota, FL 34236** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #54: 4035 S. Emerson Ave., Indianapolis IN 46203-5963** | |
|---|---|---|---|
| | State the term remaining | **12/31/2025** | **Horvath Realty of Indiana, LLC 31 Bank Street Sussex, NJ 07461** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Future Store Network (FSN) Services Agreement For Pizza Hut and KFC Franchisees Executed 7/30/2015** | |
|---|---|---|---|
| | State the term remaining | | **Hughes Network Systems, LLC 11717 Exploration Lane Germantown, MD 20876** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC #55: 3704 W. Washington St., Indianapolis, IN 46241-1527** | |
|---|---|---|---|
| | State the term remaining | | **INDYLEE LLC 12711 Ventura Blvd. #215 Attn: David Lee, Manager Studio City, CA 91604** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of KFC # 57: 4789 Kentucky Ave., Indianapolis, IN 46221-3531** | |
|---|---|---|---|
| | State the term remaining | **11/2/2025** | **JOSEPH POJANOWSKI III Pojanowski & Trawinski, P.C. 1135 Clifton Avenue, Suite 206 Clifton, NJ 07013** |
| | List the contract number of any government contract | | |

Debtor 1   **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**                    Case number (*if known*)   **17-71892**
　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **KFC # 51 Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/4/2019** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **KFC # 54 Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/4/2019** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **KFC # 57 Franchise Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 5/4/2019** | **KFC PO Box 32070 Attention: Vice President-Franchising Louisville, KY 40232** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Gift Card Participation Agreement** | |
|---|---|---|---|
| | State the term remaining | **No End Term** | **KFCGC, Inc. 950 Breckenridge Lane Louisville, KY 40207** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**                               Case number (*if known*)   **17-71892**
         First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Modification Agreement pursuant to which Debtor and its affiliated entities (Bartlett Management Services, Inc. and Bartlett Mangement Peoria Inc. retained Mr. Bartlett as a consultant beginning May 1, 2014 and pay him a salary of $50,000 per year as well as provide health coverage to Mr. Bartlett and his wife Jane Bartlett and continue to pay premiums on Mr. Bartlett's life insurance, in exchange for forgiveness of debt.**<br><br>**See also Business Services Agreement between BMSI and Mr. Bartlett** | |
|---|---|---|---|
| | State the term remaining | | **Michael Bartlett**<br>**31213 N. GECKO TRAIL**<br>**San Tan Valley, AZ 85143-4170** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Adoption Agreement  for all 3 Bartlett entities to the 2017 Pepsi-Cola Beverage Supply and Marketing Agreement between between YUM! Brands,Inc and Pepsico Sales Inc. Ends 12/31/2026** | |
|---|---|---|---|
| | State the term remaining | | **Pepsi Cola Company**<br>**1111 Westchester Avenue**<br>**Attn: President, PepsiCo Foodservice**<br>**White Plains, NY 10604** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Interim Management and Restructuring Services** | |
|---|---|---|---|
| | State the term remaining | | **Silverman Consulting**<br>**5750 Old Orchard Road**<br>**Skokie, IL 60077** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   **17-71892**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1   **AJ&J LLC** | **Attn: Amy Vattuone, Manager**<br>**3851 54th Ave. SW**<br>**Seattle, WA 98116** | **Putnam County Treasurer** | ☐ D _____<br>■ E/F   **3.52**<br>☐ G _____ |
| 2.2   **ARNOLD L. DITO, Trustee of the** | **ANNE DITO CREDIT SHELTER TRUST**<br>**1586 35th Avenue**<br>**San Francisco, CA 94122** | **Marion County Treasurer** | ☐ D _____<br>■ E/F   **3.45**<br>☐ G _____ |
| 2.3   **Bartlett Management Peoria, Inc** | **70 Clinton Plaza**<br>**Clinton, IL 61727** | **Heartland Bank and Trust Company** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.4   **Bartlett Management Services, Inc.** | **70 Clinton Plaza**<br>**Clinton, IL 61727** | **Heartland Bank and Trust Company** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.5   **Horvath Realty of Indiana, LLC** | **31 Bank Street**<br>**Sussex, NJ 07461** | **Marion County Treasurer** | ☐ D _____<br>■ E/F   **3.43**<br>☐ G _____ |

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | | Case number *(if known)* | **17-71892** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Jane Bartlett | 31213 N. GECKO TRAIL<br>San Tan Valley, AZ 85143-4170 | Heartland Bank and<br>Trust Company | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | JOSEPH<br>POJANOWSKI III | Pojanowski & Trawinski, P.C.<br>1135 Clifton Avenue, Suite 206<br>Clifton, NJ 07013 | Marion County<br>Treasurer | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.8 | Michael Bartlett | 31213 N. GECKO TRAIL<br>San Tan Valley, AZ 85143-4170 | Heartland Bank and<br>Trust Company | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Robert Clawson | 3190 Deerfield Road<br>Clinton, IL 61727 | Heartland Bank and<br>Trust Company | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Sharon Clawson | 3190 Deerfield Road<br>Clinton, IL 61727 | Heartland Bank and<br>Trust Company | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Bartlett<br>Management<br>Indianapolis, Inc. | 70 Clinton Plaza<br>Clinton, IL 61727 | Silverman Consulting | ☐ D _____<br>☐ E/F _____<br>■ G __2.16__ |
| 2.12 | Bartlett<br>Management<br>Peoria, Inc. | 70 Clinton Plaza<br>Clinton, IL 61727 | Silverman Consulting | ☐ D _____<br>☐ E/F _____<br>■ G __2.16__ |
| 2.13 | Bartlett<br>Managment<br>Services, Inc. | 70 Clinton Plaza<br>Clinton, IL 61727 | Horvath Realty of<br>Indiana, LLC | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |

| Debtor | **BARTLETT MANAGEMENT INDIANAPOLIS, INC.** | Case number *(if known)* | **17-71892** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Bartlett Managment Services, Inc.** | **70 Clinton Plaza Clinton, IL 61727** | **INDYLEE LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.8__ |
| 2.15 | **Robert Clawson** | **3190 Deerfield Road Clinton, IL 61727** | **ARNOLD L. DITO, Trustee of the** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |
| 2.16 | **Robert Clawson** | **3190 Deerfield Road Clinton, IL 61727** | **INDYLEE LLC** | ☐ D _____ ☐ E/F _____ ■ G __2.8__ |

# United States Bankruptcy Court
## Central District of Illinois

In re   **BARTLETT MANAGEMENT INDIANAPOLIS, INC.**

Debtor(s)

Case No.   **17-71892**

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing: $ **4,151,822.03**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income $ **227,904.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) $ | **61,161.00** |
| 4. Payroll Taxes | **5,471.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **1,371.00** |
| 7. Other Taxes | **3,393.00** |
| 8. Inventory Purchases (Including raw materials) | **73,132.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **20,466.00** |
| 11. Utilities | **10,259.00** |
| 12. Office Expenses and Supplies | **3,627.00** |
| 13. Repairs and Maintenance | **6,705.00** |
| 14. Vehicle Expenses | **838.00** |
| 15. Travel and Entertainment | **1,055.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **6,000.00** |
| 18. Insurance | **2,518.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **243.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Corporate Admin Expense Allocation** | **7,586.00** |
| **Other** | **28,248.00** |

22. Total Monthly Expenses (Add items 3-21) $ **232,073.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ **-4,169.00**